IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:18-cv-23496-Williams/Torres

HARVEY SAUER,

    Plaintiff,

ROYAL CARIBBEAN CRUISES, ltd, a
Liberian Corporation, STEINER TRANSOCEAN
LIMITED, a Bahamian Corporation,

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendants, ROYAL CARIBBEAN CRUISES, LTD., and STEINER TRANSOCEAN LIMITED, by and through their undersigned counsel and file their Corporate Disclosure Statement as follows:

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, STEINER TRANSCOEAN LIMITED

OneSpaWorld (Bahamas) Limited, formerly known as Steiner Transocean Limited ("OSW"), is an indirect wholly-owned subsidiary of Steiner Leisure limited, which, in turn, is ultimately owned by investors in investment vehicles sponsored by a private equity firm. OSW is not, to our knowledge, currently owned to the extent of 10% or more by a public company but pursuant to a currently pending transaction, it may in the future be indirectly owned by a public company.

CASE NO:18-cv-23496-Williams/Torres

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT, ROYAL CARIBBEAN CRUISES LTD

Royal Caribbean Cruises, Ltd is a publicly traded company and no other publicly held corporation owns more than 10 percent of its stock.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 30th day of November, 2018 on all counsel of record on the attached service list in the manner specified.

Respectfully submitted,

*/s/ Carmen Y. Cartaya*
Carmen Y. Cartaya, Esq.
Fla. Bar No. 51736
cycpleadings@mscesq.com
McIntosh Sawran & Cartaya, P.A.
1776 East Sunrise Blvd.
Fort Lauderdale, FL 33304
Telephone:   954-765-1001
Facsimile:   954-765-1005
*Counsel for Defendants*

CASE NO:18-cv-23496-Williams/Torres

## SERVICE LIST

CASE NO:18-cv-23496-Williams/Torres

**Frank D. Butler, Esq.**
Florida Bar No. 940585
fdblawfirm@aol.com
**Kelly Ann L. May, Esq.**
Florida Bar No. 59286
kmay@fightingforfamilies.com
Frank D. Butler, P.A.
10550 U.S. Hwy. 19 North
Pinellas Park, FL 33782
Telephone: (727) 399-2222
Facsimile:  (727) 399-2202
*Attorneys for Plaintiff*

MCINTOSH SAWRAN & CARTAYA, P.A. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304
TELEPHONE (954) 765-1001    FACSIMILE (954) 765-1005